

# Earnings Statement

| | |
|---|---|
| Period Beginning: | 05/14/2017 |
| Period Ending: | 05/27/2017 |
| Pay Date: | 06/01/2017 |

TURNER DAIRY FARMS INC.
1049 JEFFERSON ROAD
PITTSBURGH, PA 15235

JAMES M GILBERT
4383 TWIN OAKS DR
MURRYSVILLE PA 15668

CO. FILE DEPT. CLOCK NUMBER
DVC 001039 000002 0020265660 1

004-0001

Taxable Marital Status: Single
Exemptions/Allowances:
Federal: 0
PA: N/A

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 19.9101 | 73.00 | 1,453.44 | |
| Overtime | 29.8700 | 1.00 | 29.87 | |
| Grt Hours | 19.9100 | 7.00 | 139.38 | |
| Prepaid Sick | | | 140.00 | |
| **Gross Pay** | | | **$1,762.69** | 18,835.66 |

| Deductions | this period | year to date |
|---|---|---|
| **Statutory** | | |
| Federal Income Tax | -254.65 | 2,546.66 |
| Social Security Tax | -109.29 | 1,167.81 |
| Medicare Tax | -25.56 | 273.12 |
| PA State Income Tax | -54.11 | 578.24 |
| Penn Hills T Income Tax | -17.63 | 188.36 |
| Penn Hills T Local Svc Tax | -2.00 | 22.00 |
| PA SUI/SDI Tax | -1.23 | 13.18 |
| **Other** | | |
| Child Support | -497.10 | |
| Union Dues | -28.00 | 308.00 |
| **Net Pay** | **$773.12** | |
| **Net Check** | **$773.12** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Vacation Balanc | | 120.00 |
| Vacation Extra | | 0.00 |

Your federal taxable wages this period are
$1,762.69



© 2000 ADP, LLC

# Earnings Statement



TURNER DAIRY FARMS INC.
1049 JEFFERSON ROAD
PITTSBURGH, PA 15235

CO. FILE DEPT. CLOCK NUMBER
DVC 001039 000002 002210577  1

004-0001

Period Beginning:  03/19/2017
Period Ending:     04/01/2017
Pay Date:          04/06/2017

JAMES M GILBERT
4383 TWIN OAKS DR
MURRYSVILLE PA 15668

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal:  0
  PA:       N/A

| Earnings  | rate    | hours | this period | | year to date |
|-----------|---------|-------|-------------|---|--------------|
| Regular   | 19.5600 | 75.75 | 1,481.67    | | 1,530.14 |
| Grt Hours | 19.5600 | 4.25  | 83.13       | | 731.18 |
| Shift $.50|         | .25   | 0.12        | | 8.26 |
| **Gross Pay** | |   | **$1,564.92** | | 11,793.24 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -205.21 | 1,530.14 |
| | Social Security Tax | -97.02 | 731.18 |
| | Medicare Tax | -22.69 | 171.00 |
| | PA State Income Tax | -48.04 | 362.04 |
| | Penn Hills T Income Tax | -15.65 | 117.93 |
| | Penn Hills T Local Svc Tax | -2.00 | 14.00 |
| | PA SU/SDI Tax | -1.10 | 8.26 |
| | **Other** | | |
| | Child Support | -497.10 | |
| | Union Dues | -28.00 | 196.00 |
| | **Net Pay** | **$648.11** | |
| | **Net Check** | **$648.11** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Vacation Balanc | | 120.00 |
| Vacation Extra | | 0.00 |

Your federal taxable wages this period are
$1,564.92

◀ TEAR HERE        ©1998, 2006. ADP, LLC All Rights Reserved.

# Earnings Statement



| CO. | FILE | DEPT. | CLOCK | NUMBER |
|---|---|---|---|---|
| DVC | 001039 | 000002 | 0020224071 | 1 |

TURNER DAIRY FARMS INC.
1049 JEFFERSON ROAD
PITTSBURGH, PA 15235

004-0001

Period Beginning: 04/02/2017
Period Ending: 04/15/2017
Pay Date: 04/20/2017

JAMES M GILBERT
4383 TWIN OAKS DR
MURRYSVILLE PA 15668

Taxable Marital Status: Single
Exemptions/Allowances:
Federal: 0
PA: N/A

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 19.5600 | 67.75 | 1,325.19 | |
| Overtime | 29.3450 | 2.00 | 58.69 | |
| Grt Hol Hrs | 19.5600 | 1.75 | 51.35 | |
| Grt Hours | 19.5600 | 2.25 | 44.01 | |
| Hol 1.5Xrate | 19.5600 | 8.25 | 242.06 | |
| Holiday | 19.5600 | 8.00 | 156.48 | |
| Shift $.50 | | .50 | 0.25 | |
| **Gross Pay** | | | **$1,878.03** | 13,671.27 |

| Deductions | this period | year to date |
|---|---|---|
| **Statutory** | | |
| Federal Income Tax | -283.49 | 1,813.63 |
| Social Security Tax | -116.44 | 847.62 |
| Medicare Tax | -27.23 | 198.23 |
| PA State Income Tax | -57.66 | 419.70 |
| Penn Hills T Income Tax | -18.78 | 136.71 |
| Penn Hills T Local Svc Tax | -2.00 | 16.00 |
| PA SUI/SDI Tax | -1.31 | 9.57 |
| **Other** | | |
| Child Support | -494.79 | |
| Union Dues | -28.00 | 224.00 |
| **Net Pay** | **$848.33** | |
| **Net Check** | **$848.33** | |

Other Benefits and Information | this period | total to date
Vacation Balanc | | 120.00
Vacation Extra | | 0.00

Your federal taxable wages this period are $1,878.03

◀ TEAR HERE   © 1998, 2006. ADP, LLC  All Rights Reserved.

# Earnings Statement



TURNER DAIRY FARMS INC.
1049 JEFFERSON ROAD
PITTSBURGH, PA 15235

| | |
|---|---|
| Period Beginning: | 04/16/2017 |
| Period Ending: | 04/29/2017 |
| Pay Date: | 05/04/2017 |

004-0001

Taxable Marital Status: Single
Exemptions/Allowances:
Federal: 0
PA: N/A

JAMES M GILBERT
4383 TWIN OAKS DR
MURRYSVILLE PA 15668

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 19.5600 | 74.25 | 1,452.33 | |
| Overtime | 29.3400 | 2.00 | 58.68 | |
| Grt Hours | 19.5600 | 5.75 | 112.47 | |
| Prepaid Sick | | | 140.00 | |
| Shift $.50 | 19.5600 | .75 | 0.37 | |
| **Gross Pay** | | | **$1,763.85** | 15,435.12 |

| Deductions | this period | year to date |
|---|---|---|
| **Statutory** | | |
| Federal Income Tax | -254.94 | 2,068.57 |
| Social Security Tax | -109.36 | 956.98 |
| Medicare Tax | -25.58 | 223.81 |
| PA State Income Tax | -54.15 | 473.85 |
| Penn Hills T Income Tax | -17.64 | 154.35 |
| Penn Hills T Local Svc Tax | -2.00 | 18.00 |
| PA SUI/SDI Tax | -1.23 | 10.80 |
| **Other** | | |
| Child Support | -494.79 | |
| Union Dues | -28.00 | 252.00 |
| **Net Pay** | **$776.16** | |
| **Net Check** | **$776.16** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Vacation Balanc | | 120.00 |
| Vacation Extra | | 0.00 |

Your federal taxable wages this period are $1,763.85

© 2000 ADP, LLC



# Earnings Statement

TURNER DAIRY FARMS INC.
1049 JEFFERSON ROAD
PITTSBURGH, PA 15235

| CO. | FILE | DEPT. | CLOCK NUMBER | |
|---|---|---|---|---|
| DVC | 001039 | 000002 | 0020252021 | 1 |

004-0001

Taxable Marital Status: Single
Exemptions/Allowances:
Federal: 0
PA: N/A

Period Beginning: 04/30/2017
Period Ending: 05/13/2017
Pay Date: 05/18/2017

JAMES M GILBERT
4383 TWIN OAKS DR
MURRYSVILLE PA 15668

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 19.9100 | 75.75 | 1,508.18 | |
| Overtime | 29.8733 | 1.50 | 44.81 | |
| Grt Hours | 19.9100 | 4.25 | 84.62 | |
| Shift $.50 | | .50 | 0.24 | |
| **Gross Pay** | | | **$1,637.85** | 17,072.97 |

| Deductions | this period | year to date |
|---|---|---|
| **Statutory** | | |
| Federal Income Tax | -223.44 | 2,292.01 |
| Social Security Tax | -101.54 | 1,058.52 |
| Medicare Tax | -23.75 | 247.56 |
| PA State Income Tax | -50.28 | 524.13 |
| Penn Hills T Income Tax | -16.38 | 170.73 |
| Penn Hills T Local Svc Tax | -2.00 | 20.00 |
| PA SUI/SDI Tax | -1.15 | 11.95 |
| **Other** | | |
| Child Support | -497.10 | |
| Union Dues | -28.00 | 280.00 |
| **Net Pay** | **$694.21** | |
| **Net Check** | **$694.21** | |

Your federal taxable wages this period are $1,637.85

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Vacation Balanc | | 120.00 |
| Vacation Extra | | 0.00 |

**Important Notes**
YOUR HOURLY RATE HAS BEEN CHANGED FROM 19.5600 T
19.9100.

© 2000 ADP, LLC

# Earnings Statement

**ADP**

CO.  FILE  DEPT.  CLOCK  NUMBER
004-0001

TURNER DAIRY FARMS INC.
1049 JEFFERSON ROAD
PITTSBURGH, PA 15235

Period Beginning:  03/19/2017
Period Ending:     04/01/2017
Pay Date:          04/06/2017

Taxable Marital Status:  Single
Exemptions/Allowances:
    Federal:  0
    PA:       N/A

JAMES M GILBERT
4383 TWIN OAKS DR
MURRYSVILLE PA 15668

| Earnings   | rate    | hours | this period | year to date |
|------------|---------|-------|-------------|--------------|
| Regular    | 19.5600 | 75.75 | 1,481.67    |              |
| Grt Hours  | 19.5600 |  4.25 |    83.13    |              |
| Shift $.50 | 19.5600 |   .25 |     0.12    |              |
| **Gross Pay** |      |       | **$1,564.92** | 11,793.24 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Vacation Balanc |  | 120.00 |
| Vacation Extra  |  |   0.00 |

**Deductions**

Statutory
| | this period | year to date |
|---|---|---|
| Federal Income Tax      | -205.21 | 1,530.14 |
| Social Security Tax     |  -97.02 |   731.18 |
| Medicare Tax            |  -22.69 |   171.00 |
| PA State Income Tax     |  -48.04 |   362.04 |
| Penn Hills T Income Tax |  -15.65 |   117.93 |
| Penn Hills T Local Svc Tax | -2.00 |  14.00 |
| PA SUI/SDI Tax          |   -1.10 |     8.26 |

Other
| | | |
|---|---|---|
| Child Support | -497.10 | |
| Union Dues    |  -28.00 | 196.00 |

**Net Pay**        $648.11

**Net Check**      $648.11

Your federal taxable wages this period are
$1,564.92

©1998, 2006. ADP, LLC All Rights Reserved.

▼ TEAR HERE



**TURNER DAIRY FARMS INC.**
1049 JEFFERSON ROAD
PITTSBURGH, PA 15235

Earnings Statement

Period Beginning: 03/05/2017
Period Ending: 03/18/2017
Pay Date: 03/23/2017

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 0
  PA: N/A

JAMES M GILBERT
4383 TWIN OAKS DR
MURRYSVILLE PA 15668

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 19.5600 | 75.50 | 1,476.78 | |
| Grt Hours | 19.5600 | 4.50 | 88.02 | |
| Shift $.50 | 19.5600 | .25 | 0.12 | |
| **Gross Pay** | | | **$1,564.92** | 10,228.32 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -205.21 | 1,324.93 |
| | Social Security Tax | -97.03 | 634.16 |
| | Medicare Tax | -22.69 | 148.31 |
| | PA State Income Tax | -48.04 | 314.00 |
| | Penn Hills T Income Tax | -15.65 | 102.28 |
| | Penn Hills T Local Svc Tax | -2.00 | 12.00 |
| | PA SUI/SDI Tax | -1.10 | 7.16 |
| | **Other** | | |
| | Child Support | -497.10 | |
| | Union Dues | -28.00 | 168.00 |
| | **Net Pay** | **$648.10** | |
| | **Net Check** | **$648.10** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Vacation Balanc | | 120.00 |
| Vacation Extra | | 0.00 |

Your federal taxable wages this period are $1,564.92

© 1998, 2006. ADP, LLC All Rights Reserved.

▼ TEAR HERE

# Earnings Statement

**ADP**

TURNER DAIRY FARMS INC.
1049 JEFFERSON ROAD
PITTSBURGH, PA 15235

Period Beginning: 02/19/2017
Period Ending: 03/04/2017
Pay Date: 03/09/2017

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 0
  PA: N/A

JAMES M GILBERT
4383 TWIN OAKS DR
MURRYSVILLE PA 15668

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 19.5600 | 37.50 | 733.50 | |
| Overtime | 29.3600 | .25 | 7.34 | |
| Grt Hours | 19.5600 | 2.50 | 48.90 | |
| Vacation | 19.5600 | 40.00 | 782.40 | |
| | Gross Pay | | $1,572.14 | 8,663.40 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Vacation Balanc | | 120.00 |
| Vacation Extra | | 0.00 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -207.02 | 1,119.72 |
| | Social Security Tax | -97.47 | 537.13 |
| | Medicare Tax | -22.80 | 125.62 |
| | PA State Income Tax | -48.26 | 265.96 |
| | Penn Hills T Income Tax | -15.72 | 86.63 |
| | Penn Hills T Local Svc Tax | -2.00 | 10.00 |
| | PA SUI/SDI Tax | -1.10 | 6.06 |
| | **Other** | | |
| | Child Support | -497.10 | |
| | Union Dues | -28.00 | 140.00 |
| | Net Pay | $652.67 | |
| | Net Check | $652.67 | |

Your federal taxable wages this period are $1,572.14



©1998, 2006. ADP, LLC All Rights Reserved.

▼ TEAR HERE

CO. FILE DEPT. CLOCK NUMBER
005-0001

# Earnings Statement

**ADP**

**TURNER DAIRY FARMS INC.**
1049 JEFFERSON ROAD
PITTSBURGH, PA 15235

Period Beginning: 02/05/2017
Period Ending: 02/18/2017
Pay Date: 02/23/2017

Taxable Marital Status: Single
Exemptions/Allowances:
    Federal: 0
    PA: N/A

JAMES M GILBERT
4383 TWIN OAKS DR
MURRYSVILLE PA 15668

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 19.5600 | 74.75 | 1,462.11 | |
| Overtime | 29.3467 | .75 | 22.01 | |
| Grt Hours | 19.5600 | 5.25 | 102.69 | |
| Shift $.50 | 19.5600 | .25 | 0.12 | |
| **Gross Pay** | | | **$1,586.93** | 7,091.26 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Vacation Balanc | | 160.00 |
| Vacation Extra | | 0.00 |

**Deductions**

Statutory
| | | |
|---|---|---|
| Federal Income Tax | -210.71 | 912.70 |
| Social Security Tax | -98.39 | 439.66 |
| Medicare Tax | -23.01 | 102.82 |
| PA State Income Tax | -48.72 | 217.70 |
| Penn Hills T Income Tax | -15.87 | 70.91 |
| Penn Hills T Local Svc Tax | -2.00 | 8.00 |
| PA SUI/SDI Tax | -1.11 | 4.96 |

Other
| | | |
|---|---|---|
| Child Support | -497.10 | |
| Union Dues | -28.00 | 112.00 |

**Net Pay**     **$662.02**

**Net Check**     **$662.02**

Your federal taxable wages this period are $1,586.93

© 1998, 2006. ADP, LLC All Rights Reserved.
© 2000 ADP, LLC
TEAR HERE



**Earnings Statement**

ADP®

TURNER DAIRY FARMS INC.
1049 JEFFERSON ROAD
PITTSBURGH, PA 15235

Dvc 001039 000002   0020153816   1
004-0001

Period Beginning: 01/22/2017
Period Ending:    02/04/2017
Pay Date:         02/09/2017

Taxable Marital Status: Single
Exemptions/Allowances:
    Federal: 0
    PA:      N/A

JAMES M GILBERT
4383 TWIN OAKS DR
MURRYSVILLE PA 15668

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 19.5600 | 79.00 | 1,545.24 | |
| Overtime | 29.3413 | 3.75 | 110.03 | |
| Grt Hours | 19.5600 | 1.00 | 19.56 | |
| Shift $.50 | 19.5600 | .25 | 0.12 | |
| **Gross Pay** | | | **$1,674.95** | 5,504.33 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Vacation Balanc | | 160.00 |
| Vacation Extra | | 0.00 |

| Deductions | | this period | year to date |
|---|---|---|---|
| **Statutory** | | | |
| Federal Income Tax | | -232.72 | 701.99 |
| Social Security Tax | | -103.85 | 341.27 |
| Medicare Tax | | -24.28 | 79.81 |
| PA State Income Tax | | -51.42 | 168.98 |
| Penn Hills T Income Tax | | -16.75 | 55.04 |
| Penn Hills T Local Svc Tax | | -2.00 | 6.00 |
| PA SUI/SDI Tax | | -1.17 | 3.85 |
| **Other** | | | |
| Child Support | | -497.10 | |
| Merch Purchase | | -5.01 | |
| Union Dues | | -28.00 | 84.00 |
| **Net Pay** | | **$712.65** | |
| **Net Check** | | **$712.65** | |

Your federal taxable wages this period are
$1,674.95

©1998, 2006. ADP, LLC All Rights Reserved.

▼ TEAR HERE

# Earnings Statement

**ADP**

DVC  001039-000002   CO-   0020139254   1
                            004-0001

TURNER DAIRY FARMS INC.
1049 JEFFERSON ROAD
PITTSBURGH, PA 15235

| | |
|---|---|
| Period Beginning: | 01/08/2017 |
| Period Ending: | 01/21/2017 |
| Pay Date: | 01/26/2017 |

Taxable Marital Status:  Single
Exemptions/Allowances:
   Federal:  0
   PA:  N/A

JAMES M GILBERT
4383 TWIN OAKS DR
MURRYSVILLE PA 15668

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 19.5600 | 70.00 | 1,369.20 | |
| Overtime | 29.3418 | 2.75 | 80.69 | |
| Hol 1.5Xrate | 19.5600 | 10.00 | 293.40 | |
| Holiday | 19.5600 | 8.00 | 156.48 | |
| Shift $.50 | 19.5600 | .50 | 0.25 | |
| **Gross Pay** | | | **$1,900.02** | 3,829.38 |

| Deductions | | | |
|---|---|---|---|
| **Statutory** | | | |
| Federal Income Tax | | -288.99 | 469.27 |
| Social Security Tax | | -117.80 | 237.42 |
| Medicare Tax | | -27.55 | 55.53 |
| PA State Income Tax | | -58.33 | 117.56 |
| Penn Hills T Income Tax | | -19.00 | 38.29 |
| Penn Hills T Local Svc Tax | | -2.00 | 4.00 |
| PA SUI/SDI Tax | | -1.33 | 2.68 |
| **Other** | | | |
| Child Support | | -497.10 | |
| Merch Purchase | | -27.36 | |
| Union Dues | | -28.00 | 56.00 |
| **Net Pay** | | **$832.56** | |
| **Net Check** | | **$832.56** | |

Your federal taxable wages this period are $1,900.02

**Other Benefits and Information**

| | this period | total to date |
|---|---|---|
| Vacation Balanc | | 160.00 |
| Vacation Extra | | 0.00 |

**Important Notes**

EFFECTIVE THIS PAY PERIOD YOUR MARITAL STATUS HAS CHANGED FROM MARRIED TO SINGLE.

EFFECTIVE THIS PAY PERIOD YOUR FEDERAL EXEMPTIONS HAVE BEEN CHANGED FROM 1 TO 0.

©1998, 2006. ADP, LLC All Rights Reserved.

TEAR HERE ▼

DVC    001039  000002    0020125860
004-0001

# Earnings Statement

**ADP**

TURNER DAIRY FARMS INC.
1049 JEFFERSON ROAD
PITTSBURGH, PA 15235

Period Beginning:   12/25/2016
Period Ending:      01/07/2017
Pay Date:           01/12/2017

Taxable Marital Status:
  Federal:    Married

Exemptions/Allowances:
  Federal:    1

JAMES M GILBERT
4383 TWIN OAKS DR
MURRYSVILLE PA 15668

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 19.5600 | 80.00 | 1,564.80 | |
| Overtime | 29.3429 | 1.75 | 51.35 | |
| Holiday | 19.5600 | 16.00 | 312.96 | |
| Shift $.50 | 19.5600 | .50 | 0.25 | |
| **Gross Pay** | | | **$1,929.36** | 1,929.36 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -180.28 | 180.28 |
| | Social Security Tax | -119.62 | 119.62 |
| | Medicare Tax | -27.98 | 27.98 |
| | PA State Income Tax | -59.23 | 59.23 |
| | Penn Hills T Income Tax | -19.29 | 19.29 |
| | Penn Hills T Local Svc Tax | -2.00 | 2.00 |
| | PA SUI/SDI Tax | -1.35 | 1.35 |
| | **Other** | | |
| | Child Support | -497.10 | |
| | Merch Purchase | -1.10 | |
| | Union Dues | -28.00 | 28.00 |
| | **Net Pay** | **$993.41** | |
| | **Net Check** | **$993.41** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Vacation Balanc | | 160.00 |
| Vacation Extra | | 0.00 |

**Important Notes**

EFFECTIVE THIS PAY PERIOD YOUR LOCAL TAX JURISDICTION HAS BEEN CHANGED.

EFFECTIVE THIS PAY PERIOD YOUR ADDRESS HAS BEEN CHANGED.

**Additional Tax Withholding Information**
Taxable Marital Status:
  PA:    Single
Exemptions/Allowances:
  PA:    N/A

Your federal taxable wages this period are $1,929.36

© 1998, 2006. ADP, LLC All Rights Reserved.



| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | Earnings Statement | ADP |

TURNER DAIRY FARMS INC.
1049 JEFFERSON ROAD
PITTSBURGH, PA 15235

DVC 001039 000002 0020112824 1
004-0001

Period Beginning: 12/11/2016
Period Ending: 12/24/2016
Pay Date: 12/29/2016

Taxable Marital Status:
  Federal: Married

Exemptions/Allowances:
  Federal: 1

JAMES M GILBERT
920 JEFFERSON ROAD
PITTSBURGH PA 15235

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 19.5600 | 79.25 | 1,550.13 | |
| Overtime | 29.3411 | 4.75 | 139.37 | |
| Grt Hours | 19.5600 | .75 | 14.67 | |
| Shift $.50 | 19.5600 | 2.50 | 1.25 | |
| **Gross Pay** | | | **$1,705.42** | 47,612.47 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Pa Lst Tax | 52.00 | 52.00 |
| Vacation Balanc | | 0.00 |
| Vacation Extra | | 0.00 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -147.44 | 4,441.10 |
| | Social Security Tax | -105.73 | 2,951.97 |
| | Medicare Tax | -24.73 | 690.38 |
| | PA State Income Tax | -52.36 | 1,461.70 |
| | Penn Hills T Income Tax | -29.84 | 833.22 |
| | Penn Hills T Local Svc Tax | -2.00 | 52.00 |
| | PA SUI/SDI Tax | -1.20 | 33.33 |
| | **Other** | | |
| | Child Support | -497.10 | |
| | Union Dues | | 666.00 |
| | **Net Pay** | **$845.02** | |
| | **Net Check** | **$845.02** | |

**Additional Tax Withholding Information**
Taxable Marital Status:
  PA: Single
Exemptions/Allowances:
  PA: N/A

Your federal taxable wages this period are $1,705.42

© 1998, 2006. ADP, LLC All Rights Reserved.
© 2000 ADP, LLC
TEAR HERE

# Earnings Statement

**TURNER DAIRY FARMS INC.**
1049 JEFFERSON ROAD
PITTSBURGH, PA 15235

| | |
|---|---|
| Period Beginning: | 11/27/2016 |
| Period Ending: | 12/10/2016 |
| Pay Date: | 12/15/2016 |

Taxable Marital Status:
  Federal:        Married

Exemptions/Allowances:
  Federal:        1

JAMES M GILBERT
920 JEFFERSON ROAD
PITTSBURGH PA 15235

## Earnings

| | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 19.5600 | 80.00 | 1,564.80 | |
| Overtime | 29.3412 | 4.25 | 124.70 | |
| Shift $.50 | 19.5600 | 1.00 | 0.49 | |
| **Gross Pay** | | | **$1,689.99** | 45,907.05 |

## Deductions

**Statutory**

| | | |
|---|---|---|
| Federal Income Tax | -145.13 | 4,293.66 |
| Social Security Tax | -104.78 | 2,846.24 |
| Medicare Tax | -24.50 | 665.65 |
| PA State Income Tax | -51.88 | 1,409.34 |
| Penn Hills T Income Tax | -29.57 | 803.38 |
| Penn Hills T Local Svc Tax | -2.00 | 50.00 |
| PA SUI/SDI Tax | -1.18 | 32.13 |

**Other**

| | | |
|---|---|---|
| Child Support | -497.10 | |
| Union Dues | -28.00 | 666.00 |

| | |
|---|---|
| **Net Pay** | **$805.85** |
| **Net Check** | **$805.85** |

## Other Benefits and Information

| | this period | total to date |
|---|---|---|
| Vacation Balanc | | 0.00 |
| Vacation Extra | | 0.00 |

## Additional Tax Withholding Information

Taxable Marital Status:
  PA:        Single
Exemptions/Allowances:
  PA:        N/A

Your federal taxable wages this period are $1,689.99

© 1998, 2006. ADP, LLC  All Rights Reserved.
▼ TEAR HERE

# Earnings Statement

**ADP**

TURNER DAIRY FARMS INC.
1049 JEFFERSON ROAD
PITTSBURGH, PA 15235

Period Beginning: 11/13/2016
Period Ending: 11/26/2016
Pay Date: 12/01/2016

Taxable Marital Status:
  Federal: Married

Exemptions/Allowances:
  Federal: 1

JAMES M GILBERT
920 JEFFERSON ROAD
PITTSBURGH PA 15235

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 19.5600 | 79.00 | 1,545.24 | |
| Overtime | 29.3433 | 3.00 | 88.03 | |
| Grt Hours | 19.5600 | 1.00 | 19.56 | |
| Holiday | 19.5600 | 8.00 | 156.48 | |
| Shift $.50 | 19.5600 | 1.00 | 0.49 | |
| Gross Pay | | | $1,809.80 | 44,217.06 |

Your federal taxable wages this period are $1,809.80

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Vacation Balanc | | 0.00 |
| Vacation Extra | | 0.00 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -163.10 | 4,148.53 |
| | Social Security Tax | -112.21 | 2,741.46 |
| | Medicare Tax | -26.24 | 641.15 |
| | PA State Income Tax | -55.56 | 1,357.46 |
| | Penn Hills T Income Tax | -31.67 | 773.81 |
| | Penn Hills T Local Svc Tax | -2.00 | 48.00 |
| | PA SUI/SDI Tax | -1.26 | 30.95 |
| | Other | | |
| | Child Support | -494.79 | |
| | Merch Purchase | -9.59 | |
| | Union Dues | -28.00 | 638.00 |
| | Net Pay | $885.38 | |
| | Net Check | $885.38 | |

**Additional Tax Withholding Information**

Taxable Marital Status:
  PA: Single
Exemptions/Allowances:
  PA: N/A

© 1998, 2006. ADP, LLC. All Rights Reserved.

▼ TEAR HERE

© 2000 ADP, LLC

# Earnings Statement

**ADP**

**TURNER DAIRY FARMS INC.**
1049 JEFFERSON ROAD
PITTSBURGH, PA 15235

004-0001

Period Beginning:  10/30/2016
Period Ending:     11/12/2016
Pay Date:          11/17/2016

Taxable Marital Status:
  Federal:        Married

Exemptions/Allowances:
  Federal:        1

JAMES M GILBERT
920 JEFFERSON ROAD
PITTSBURGH PA 15235

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 19.5600 | 60.00 | 1,173.60 | |
| Overtime | 29.3407 | 6.75 | 198.05 | |
| Hol 1.5Xrate | 19.5600 | 10.50 | 308.07 | |
| Holiday | 19.5600 | 8.00 | 156.48 | |
| Shift $.50 | 19.5600 | 3.75 | 1.87 | |
| **Gross Pay** | | | **$1,838.07** | 42,407.26 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Vacation Balanc | | 0.00 |
| Vacation Extra | | 0.00 |

**Additional Tax Withholding Information**
Taxable Marital Status:
  PA:            Single
Exemptions/Allowances:
  PA:            N/A

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -167.34 | 3,985.43 |
| | Social Security Tax | -113.96 | 2,629.25 |
| | Medicare Tax | -26.66 | 614.91 |
| | PA State Income Tax | -56.43 | 1,301.90 |
| | Penn Hills T Income Tax | -32.17 | 742.14 |
| | Penn Hills T Local Svc Tax | -2.00 | 46.00 |
| | PA SUI/SDI Tax | -1.29 | 29.69 |
| | **Other** | | |
| | Child Support | -494.79 | |
| | Union Dues | -28.00 | 610.00 |
| | **Net Pay** | **$915.43** | |
| | **Net Check** | **$915.43** | |

Your federal taxable wages this period are $1,838.07

© 1998, 2006. ADP, LLC. All Rights Reserved.
© 2000 ADP, LLC

▼ TEAR HERE