**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **James M. Gilbert Jr.** | Social Security number or ITIN **xxx–xx–8982** |
| | First Name  Middle Name  Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court **WESTERN DISTRICT OF PENNSYLVANIA** | | Date case filed for chapter **7  10/4/17** |
| Case number:  **17–23986–JAD** | | |

Official Form 309A (For Individuals or Joint Debtors)
## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline    12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at   www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | James M. Gilbert Jr. | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 4383 Twin Oaks Drive<br>Murrysville, PA 15668 | |
| 4. | **Debtor's attorney**<br>Name and address | Albert G. Reese Jr.<br>Law Office of Albert G. Reese, Jr.<br>640 Rodi Road, 2nd Floor, Suite 2<br>Pittsburgh, PA 15235 | Contact phone 412–241–1697 |
| 5. | **Bankruptcy trustee**<br>Name and address | Charles O. Zebley Jr.<br>P.O. Box 2124<br>Uniontown, PA 15401 | Contact phone 724–439–9200 |
| | | The United States Trustee, Region3, appoints this individual as interim trustee as of the date of the filing of the bankruptcy petition. | |

**For more information, see page 2 >**

| | | | |
|---|---|---|---|
| **6.** | **Bankruptcy clerk's office** | U.S. Bankruptcy Court<br>5414 U.S. Steel Tower<br>600 Grant Street<br>Pittsburgh, PA 15219 | Hours open Monday – Friday<br>9:00 AM – 4:30 PM<br>Contact phone 412–644–2700<br>Date: 10/19/17 |
| | The Court uses an electronic filing system and filers must follow the Court's Local Rules governing the manner in which documents must be filed. Persons not represented by an attorney may file paper documents at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov.<br>**Photo ID/Delays:** For security reasons, you may encounter delays when attending court hearings. You should be prepared to show Photo Identification when attending these preceedings, Please plan accordingly. | | |
| **7.** | **Meeting of creditors** | **December 15, 2017 at 09:00 AM** | Location: |
| | Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Commissioners Hearing Room No.1, Westmoreland County Courthouse, Greensburg, PA 15601** |
| | **Debtor's Photo ID and Social Security Card Must be Presented at the 341 Meeting** | | |
| **8.** | **Presumption of abuse** | The presumption of abuse does not arise. | |
| | If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | | |
| **9.** | **Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 2/13/18** |
| | | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10.** | **Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11.** | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12.** | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**                                         page **2**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**James M. Gilbert Jr.**
    Debtor(s)

Bankruptcy Case No.: 17–23986–JAD
Chapter: 7

Whereas, Federal Rule of Bankruptcy Procedure 1007(c) requires an individual Debtor(s) to file a statement regarding completion of a course in personal financial management within 60 days after the first date set for the meeting of creditors under §341 of the Bankruptcy Code in a Chapter 7 case and,

Whereas, 11 U.S.C. § 727 (a)(11) states that the Court shall not grant a discharge unless the Debtor(s) completes an instructional course concerning personal financial management after filing the petition,

It is hereby ordered that this case shall be closed without entry of a discharge on the 75th day after the first date set for the meeting of creditors unless, within the 60 days after the first date set for the meeting of creditors, the Debtor(s) files a certification that the course in personal financial management described in 11 U.S.C. § 111 was completed. The certification must substantially conform to Official Form No. 423, Certification of Completion of Instructional Course Concerning Personal Financial Management. The Court may delay closing this case without further order or notice.

It is further ordered that a Debtor(s) who cannot meet the requirement of attending the personal financial management course due to incapacity, disability or active military duty in a military combat zone must file a motion with the court to be excused from attending the course within 60 days after first date set for the meeting of creditors. The case shall be closed without entry of a discharge if the Debtor(s) fails to timely file the motion.

Dated: October 19, 2017

Jeffery A. Deller
United States Bankruptcy Judge

## REMINDER TO COUNSEL

Before filing: Generally, a person is ineligible to be a Debtor unless he/she has taken a credit counseling course within 180 days before filing a petition, and files the certificate. 11 U.S.C. Section 109(h)(1).

After filing: A Chapter 7 Debtor is ineligible for a discharge if he/she has not, within 60 days after the first date fixed for the 341 meeting, filed the certificate of having taken the personal financial management course (Official Form 423). 11 U.S.C. Section 727(a)(11) and Rule 1007(b)(7).

```
                          United States Bankruptcy Court
                          Western District of Pennsylvania
In re:                                                          Case No. 17-23986-JAD
James M. Gilbert, Jr.                                           Chapter 7
          Debtor
                              CERTIFICATE OF NOTICE
District/off: 0315-2          User: lfin              Page 1 of 2              Date Rcvd: Oct 19, 2017
                              Form ID: 309A           Total Noticed: 26


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 21, 2017.
db             +James M. Gilbert, Jr.,    4383 Twin Oaks Drive,    Murrysville, PA 15668-9446
aty            +James Warmbrodt,    KML Law Group, P.C.,    701 Market Street,    Suite 5000,
                 Philadelphia, PA 19106-1541
tr             +Charles O. Zebley, Jr.,    P.O. Box 2124,   Uniontown, PA 15401-1724
14712321        Attorney Francis S. Hallinan,    1617 JFK Blvd. Suite 1400,    1400 One Penn Center Plaza,
                 Philadelphia, PA 19103-1814
14704614       +Citicards Cbna,    Citicorp Credit Svc/Centralized Bankrupt,    Po Box 790040,
                 Saint Louis, MO 63179-0040
14704615        Citimortgage Inc,    Attn: Bankruptcy,   Po Box 6423,    Sioux Falls, SD 57117
14704616        Dollar Bk Vs,    3 Gateway Ctr,   Pittsburgh, PA 15222
14704617       +Equity One,    301 Lipponcott Dr,   Marlton, NJ 08053-4197
14704620      #+Northwest Cons Disc Co,    4326 Northern Pike,    Monroeville, PA 15146-2834
14704622       +Pnc Bank,    2730 Liberty Ave,   Pittsburgh, PA 15222-4747

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: areese8897@aol.com Oct 20 2017 01:26:02     Albert G. Reese, Jr.,
                 Law Office of Albert G. Reese, Jr.,    640 Rodi Road, 2nd Floor, Suite 2,
                 Pittsburgh, PA  15235
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 20 2017 01:26:23     Pennsylvania Dept. of Revenue,
                 Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA  17128-0946
ust            +E-mail/Text: ustpregion03.pi.ecf@usdoj.gov Oct 20 2017 01:26:27
                 Office of the United States Trustee,    Liberty Center.,    1001 Liberty Avenue, Suite 970,
                 Pittsburgh, PA 15222-3721
14704611        EDI: HNDA.COM Oct 20 2017 01:18:00     American Honda Finance,    Po Box 168088,
                 Irving, TX 75016
14712320        EDI: ARSN.COM Oct 20 2017 01:18:00     ARS National Services Inc.,    PO Box 469100,
                 Escondido, CA 92046-9100
14704612       +EDI: CAPITALONE.COM Oct 20 2017 01:18:00     Capital One,    Attn: Bankruptcy,    Po Box 30253,
                 Salt Lake City, UT 84130-0253
14704613       +EDI: CHASE.COM Oct 20 2017 01:18:00     Chase Card,    Attn: Correspondence Dept,    Po Box 15298,
                 Wilmington, DE 19850-5298
14712325       +EDI: CIAC.COM Oct 20 2017 01:18:00     Citimortgage,    1000 Technology Drive,
                 O Fallon, MO 63368-2240
14704618       +E-mail/Text: collectionbankruptcies.bancorp@53.com Oct 20 2017 01:26:50     Fifth Third Bank,
                 1830 East Paris Ave,    Grand Rapids, MI 49546-8803
14704619       +E-mail/Text: bankruptcynotice@fcbanking.com Oct 20 2017 01:26:08     First Commonwealth Ban,
                 22 North Sixth St,    Indiana, PA 15701-1802
14704621       +E-mail/Text: blegal@phfa.org Oct 20 2017 01:26:30     Pa Housing Finance Age,    Po Box 8029,
                 Harrisburg, PA 17105-8029
14704623        EDI: AGFINANCE.COM Oct 20 2017 01:18:00     Springleaf Financial S,    710 Clairton Blvd Ste 1,
                 Pleasant Hills, PA 15236
14704624       +EDI: RMSC.COM Oct 20 2017 01:18:00     Synchrony Bank/ Old Navy,    Attn: Bankruptcy,
                 Po Box 956060,    Orlando, FL 32896-0001
14704625       +EDI: WTRRNBANK.COM Oct 20 2017 01:18:00     Target,    C/O Financial & Retail Srvs,
                 Mailstopn BT POB 9475,    Minneapolis, MN 55440-9475
14704626       +E-mail/Text: tcm.bk@icba.tcmbank.com Oct 20 2017 01:26:48     Tcm Bank Na,
                 2701 N Rocky Point Dr St,    Rocky Point, FL 33607-5936
14704627       +EDI: WFFC.COM Oct 20 2017 01:18:00     Wells Fargo Dealer Services,    Attn: Bankruptcy,
                 Po Box 19657,    Irvine, CA 92623-9657
                                                                                               TOTAL: 16

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Nationstar Mortgage LLC d/b/a Mr. Cooper
14712318        ALECIA A. GILBERT
14712319*      ++AMERICAN HONDA FINANCE,    P O BOX 168088,    IRVING TX 75016-8088
                 (address filed with court: American Honda Finance,    Po Box 168088,    Irving, TX 75016)
14712322*      +Capital One,    Attn: Bankruptcy,   Po Box 30253,    Salt Lake City, UT 84130-0253
14712323*      +Chase Card,    Attn: Correspondence Dept,   Po Box 15298,    Wilmington, DE 19850-5298
14712324*      +Citicards Cbna,    Citicorp Credit Svc/Centralized Bankrupt,    Po Box 790040,
                 Saint Louis, MO 63179-0040
14712326*       Citimortgage Inc,    Attn: Bankruptcy,   Po Box 6423,    Sioux Falls, SD 57117
14712327*       Dollar Bk Vs,    3 Gateway Ctr,   Pittsburgh, PA 15222
14712328*      +Equity One,    301 Lipponcott Dr,   Marlton, NJ 08053-4197
14712329*      +Fifth Third Bank,    1830 East Paris Ave,    Grand Rapids, MI 49546-8803
14712330*      +First Commonwealth Ban,    22 North Sixth St,    Indiana, PA 15701-1802
14712331*      +Northwest Cons Disc Co,    4326 Northern Pike,    Monroeville, PA 15146-2834
14712332*      +Pa Housing Finance Age,    Po Box 8029,   Harrisburg, PA 17105-8029
14712333*      +Pnc Bank,    2730 Liberty Ave,   Pittsburgh, PA 15222-4747
14712334*      ++SPRINGLEAF FINANCIAL SERVICES,    P O BOX 3251,    EVANSVILLE IN 47731-3251
                 (address filed with court: Springleaf Financial S,    710 Clairton Blvd Ste 1,
                 Pleasant Hills, PA 15236)
14712335*      +Synchrony Bank/ Old Navy,    Attn: Bankruptcy,   Po Box 956060,    Orlando, FL 32896-0001
14712336*      +Target,    C/O Financial & Retail Srvs,   Mailstopn BT POB 9475,    Minneapolis, MN 55440-9475
```

```
District/off: 0315-2           User: lfin                 Page 2 of 2            Date Rcvd: Oct 19, 2017
                               Form ID: 309A              Total Noticed: 26

              ***** BYPASSED RECIPIENTS (continued) *****
14712337*        +Tcm Bank Na,    2701 N Rocky Point Dr St,    Rocky Point, FL 33607-5936
14712338*        +Wells Fargo Dealer Services,    Attn: Bankruptcy,    Po Box 19657,    Irvine, CA 92623-9657
                                                                                         TOTALS: 2, * 17, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 21, 2017                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 19, 2017 at the address(es) listed below:
              Albert G. Reese, Jr.    on behalf of Debtor James M. Gilbert, Jr. areese8897@aol.com,
               agreese8897@gmail.com;r41196@notify.bestcase.com;agrlaw8897@gmail.com
              Charles O. Zebley, Jr.    COZ@Zeblaw.com, PA67@ecfcbis.com;Lyndie@Zeblaw.com
              James Warmbrodt     on behalf of Creditor   Nationstar Mortgage LLC d/b/a Mr. Cooper
               bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
                                                                                             TOTAL: 4
```